IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

APR 1 0 2008

JOHN F. CORCORAN, CLERK
BY:
　　DEPUTY CLERK

| | |
|---|---|
| DOE I and DOE II, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| Individuals, whose true names are unknown, using the following pseudonymns: pauliewalnuts; neoprag; STANFORDtroll; :D; lkjhgf; yalelaw; Spanky; ylsdooder; HI; David Carr; vincimus; Cheese Eating Surrender Monkey; A horse walks into a bar; The Ayatollah of Rock-n-Rollah; DRACULA; Sleazy Z; Whamo; Ari Gold; Ugly Women; playboytroll; Dean_Harold_Koh; kr0nz; reminderdood; r@ygold; who is; Joel Schellhammer; Prof. Brian Leiter; Hitlerhitlerhitler; lonelyvirgin; Patrick Zeke &lt;patrick8765@hotmail.com&gt;; Patrick Bateman &lt;batemanhls08@hotmail.com&gt;; [DOE I] got a 157 LSAT; azn, azn, azn; Dirty Nigger; leaf; t14 Gunner; kibitzer; yalels2009; AK47, | ) |
| | ) |
| Defendants. | ) |

Case No.: Misc. 07-CV-00909-CFD
District of Connecticut

Misc No. 5:08mc00001

## NON-PARTY MOVANT ANTHONY CIOLLI'S MOTION TO QUASH THIRD PARTY SUBPOENA TO AOL, LLC

PLEAES TAKE NOTICE that on April 7, 2008, Anthony Ciolli has moved the Court pursuant to Federal Rule of Civil Procedure 45(c)(3)(A)(iii) to quash a subpoena issued by Plaintiffs Doe 1 and Doe 2 to third party AOL, LLC. Fed. R. Civ. P. 45(c)(3)(A)(iii) provides that "[o]n timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it requires disclosure of privileged or other protected matter and no exception or waiver applies."

Good cause exists to quash the subpoena because Plaintiffs cannot make a showing that the information they have requested is not unduly cumulative or duplicative, or demonstrate that their interest in obtaining Movant's private information outweighs Movant's First Amendment right to speak anonymously on the Internet.

Movant's motion is based upon this Motion to Quash Subpoena, the memorandum of law in support of Movant's motion, Movant's sworn declaration, attached exhibits, and all other papers and records on file herein.

Dated: April 7, 2008

Respectfully submitted,

Anthony Ciolli
Pro Se

Anthony Ciolli
148-53 61 Road
Flushing, NY 11367

April 7, 2008

Clerk of Court
U.S. District Court
116 N. Main Street
Room 314
Harrisonburg, VA 22802

Dear Clerk of Court,

    I would like to initiate a miscellaneous proceeding in this court, with respect to the subpoena issued in this district directed towards AOL, LLC, in <u>Doe I and Doe II v. Individuals, whos true names are unknown</u>. I have enclosed all the initiating materials, as well as a check for $39.00.

    I am representing myself pro se in this matter, and can be reached at the above mailing address. In addition, I can be reached via telephone at (917) 362-1355 or (718) 353-3913, and via email at aciolli@gmail.com.

Sincerely,

Anthony Ciolli